# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER ODDO, et al.,** : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. No. 17-4775 |
| : | |
| **BIMBO BAKERIES U.S.A., INC., et al.,** : | |
| **Defendants.** : | |

## JUDGMENT

**AND NOW**, this 29th day of May, 2020, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 79), Plaintiffs' Response (Doc. No. 93) and *Errata* Brief (Doc. No. 95), and Defendants' Reply (Doc. No. 98), it is hereby **ORDERED as follows**:

1. Defendants' Motion for Summary Judgment (Doc. No. 79) is **GRANTED**;

2. Judgment is entered in favor of Defendants;

3. Count I of Plaintiffs' Amended Complaint (Doc. No. 11) is **DISMISSED with prejudice**;

4. Count II of Plaintiffs' Amended Complaint (Doc. No. 11) is **DISMISSED without prejudice** for lack of jurisdiction; and

5. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.