# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2338

Christopher Oddo, et al v. Bimbo Bakeries USA Inc

(U.S. District Court No.: 2-17-cv-04775)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 27, 2021
PDB/cc:  Ms. Kate Barkman,
        Joshua S. Boyette, Esq.
        Lauren E. Marzullo, Esq.
        Matthew D. Miller, Esq.
        James D. Nelson, Esq.
        Michael J. Puma, Esq.
        David B. Salmons, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate